UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FEDERATED SERVICE INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>v.<br><br>ORRKLAHOMA WEST, LLC, d/b/a ORR NISSAN WEST, ERIN CANTRELL, ERIC CANTRELL, TYLER CALDWELL, and AMY MATEER,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 25-cv-00783-J<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ENTRY OF APPEARANCE**

To:    The Clerk of Court and all Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Eric Cantrell.

August 1, 2025

Respectfully submitted,

*s/Blake Sonne*
Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
Dilan Lyda, OBA No. 34710
**WHITTEN BURRAGE**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office:     405.516.7800
Facsimile:   405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
dlyda@whittenburragelaw.com
***ATTORNEYS FOR DEFENDANT
ERIC CANTRELL***