# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FEDERATED SERVICE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ORRKLAHOMA WEST, LLC, d/b/a ORR )<br>NISSAN WEST, ERIN CANTRELL, )<br>ERIC CANTRELL, and TYLER CALDWELL, )<br>)<br>Defendants. ) | Case No. CIV-25-783-D |

## ORDER

Before the Court is Defendant Eric Cantrell's Motion to Dismiss [Doc. No. 8]. In response, Plaintiff timely filed an Amended Complaint [Doc. No. 13], as authorized by Fed. R. Civ. P. 15(a)(1)(B). Upon consideration, the Court finds that Defendant's motion to dismiss [Doc. No. 8], directed at Plaintiff's original pleading, is moot. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (amended complaint supersedes the original); *see also Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180-81 (10th Cir. 2015).

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss [Doc. No. 8] is **DENIED** as **MOOT**.

**IT IS SO ORDERED** this 29th day of September, 2025.

TIMOTHY D. DeGIUSTI
Chief United States District Judge