## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FEDERATED SERVICE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-25-783-D |
| ORRKLAHOMA WEST, LLC, *et al.*, | ) ) | |
| Defendants. | ) | |

### ORDER

Before the Court is the Parties' signed Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." Further, under Rule 41(a)(1)(A)(ii), a signed stipulation by all parties who have appeared acts "as a self-executing dismissal." *De Leon v. Marcos*, 659 F.3d 1276, 1284 (10th Cir. 2011).

Accordingly, Plaintiff's claims against Defendants are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED** this 19th day of March, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

173215768.1